**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01282-CR

### MARQUIS K. JONES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54782-T**

## ORDER

Before the Court is appellant's January 13, 2020 motion to abate the appeal to allow appellant to file an out-of-time motion for new trial. We **DENY** appellant's motion without prejudice to raising the issue in his brief on the merits.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE